ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Vaughn Management & Services, Inc. ) | ASBCA Nos. 60319, 61079 |
| ) | |
| Under Contract No. N00178-07-D-5291 ) | |

APPEARANCES FOR THE APPELLANT:    William A. Musto, Esq.
 Roeder & Cochran, PLLC
 McLean, VA

 James S. DelSordo, Esq.
 Argus Legal, PLLC
 Manassas, VA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
 Navy Chief Trial Attorney
 John M. Davis, Esq.
 Trial Attorney
 Port Hueneme, CA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 7 August 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60319, 61079, Appeals of Vaughn Management & Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals